FILED

2024 Dec-20  PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **RICHARD L. WILSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:23-cv-01757-ACA-SGC** |
| | ) | |
| **WARDEN WILLIAMS,** *et al.*, | ) | |
| | ) | |
| **Respondents.** | ) | |

## MEMORANDUM OPINION

In December 2023, Petitioner Richard L. Wilson filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 27, 2024, the magistrate judge entered a report recommending the court deny Mr. Wilson's petition because it was not timely filed. (Doc. 5). The report further recommended a certificate of appealability be denied. (*Id.*). Mr. Wilson was advised of his right to file objections within 14 days. (*Id.*). The deadline has passed, but the court has not received any objections or any other communication from Mr. Wilson.

After careful consideration of the record in this case, including the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will deny and dismiss Mr. Wilson's claims as untimely, and the court will deny a certificate of appealability. The court will enter a separate order.

**DONE** and **ORDERED** this December 20, 2024.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE